# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVA GRAVES,<br><br>                                    Plaintiff,<br><br>v.<br><br>UNITED STATES CUSTOMS AND<br>BORDER PROTECTION, et al,<br><br>                                    Defendant. | Case No.:  3:18-cv-00323-BEN-WVG<br><br>**ORDER OF DISMISSAL FOR WANT OF PROSECUTION PURSUANT TO LOCAL RULE 41.1**<br><br>**[ECF. No. 9]** |

On August 26, 2020, this Court held a hearing regarding dismissal of this case for want of prosecution pursuant to Local Rule 41.1, which provides that "[a]ctions . . . which have been pending in this court for more than six months, without any proceeding or discovery having been taken . . . may, after notice, be dismissed by the court for want of prosecution, at the calling of a calendar prepared for that purpose by the clerk."  ECF No. 9; *see also* S.D. Cal. Civ. R. 41.1.  Pursuant to the Court's Minute Order, the Court hereby dismisses this case in its entirety *without prejudice*.

**IT IS SO ORDERED.**

Dated:  September 23, 2020

Hon. Roger T. Benitez
United States District Judge